No. 79–5932. DOE ET AL. *v.* DELAWARE. Sup. Ct. Del. [Probable jurisdiction noted, *ante,* p. 942.] Motion to seal the record granted, and the parties are directed to proceed on the original record.

No. A–652 (79–6120). BRAZAS ET AL. *v.* UNITED STATES. C. A. 1st Cir. Application for stay, addressed to MR. JUSTICE STEWART and referred to the Court, denied.

No. 79–6064. TARKOWSKI *v.* GRADY, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 79–1171. MINNESOTA *v.* CLOVER LEAF CREAMERY CO. ET AL. Sup. Ct. Minn. Certiorari granted.

No. 78–1347. WALL ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–241. MISSOURI *v.* ALL STAR NEWS AGENCY, INC. Sup. Ct. Mo. Certiorari denied.

No. 79–357. THORNLOW *v.* THORNLOW. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied.

No. 79–683. MISSOURI *v.* ALL STAR NEWS AGENCY, INC. Sup. Ct. Mo. Certiorari denied.

No. 79–698. BOTHMAN *v.* WARREN B. ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.